**Order entered January 30, 2017**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00609-CV

### E.I. DU PONT DE NEMOURS AND COMPANY, Appellant

### V.

### VIRGIL HOOD AND LORRIE HOOD, Appellees

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-03619**

## ORDER

Before the Court is appellant's January 25, 2017 fourth unopposed motion to extend time for filing of briefs and adopt modified briefing schedule relating to the parties' respective reply briefs. Appellant's motion is **GRANTED**. Appellant's and cross-appellant's reply briefs shall be filed by March 17, 2017. We caution appellant and cross-appellant that further requests for extension of time will be disfavored.

/s/     CRAIG STODDART
JUSTICE